# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATRINA COLEMAN, | : | Case No. 3:25-cv-120 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| TAKE2 IT, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. No. 4), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

It is therefore **ORDERED** that Plaintiff Katrina Coleman's ("Plaintiff") application for leave to proceed *in forma pauperis* (Doc. No. 1) and amended motion for leave to proceed *in forma pauperis* (Doc. No. 3) are **DENIED**.  Plaintiff is **ORDERED** to pay the full filing fee of $405.00 on or before Thursday, August 28, 2025.  Failure to pay the full filing fee within the thirty-day period will result in the dismissal of this action for want of prosecution.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, July 29, 2025.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE