UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KATRINA COLEMAN, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-120 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| TAKE2 IT, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant. | : | |
| | : | |

## ENTRY AND ORDER DISMISSING FOR WANT OF PROSECUTION DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH THE JULY 29, 2025 ORDER

Before the Court is the status of this case. On April 22, 2025, Plaintiff Katrina Coleman ("Plaintiff") filed her first Motion for Leave to Proceed *in forma pauperis* ("IFP Application"). (Doc. No. 1.) Having found Plaintiff's IFP Application deficient, on June 26, 2025, Magistrate Judge Caroline Gentry ordered Plaintiff to either file an amended IFP Application, or alternatively, pay the $405 filing fee within 30 days of the Order. (Doc. No. 2 at 3.) On July 1, 2025, Plaintiff filed an again deficient Amended IFP Application. (Doc. No. 3.) On July 9, 2025, Judge Gentry issued a Report and Recommendation, recommending that the undersigned deny Plaintiff's second IFP Application. (Doc. No. 4 at 3.) With no objections on file, the Court adopted Judge Gentry's Report and Recommendation. (Doc. No. 5.) The Court also ordered Plaintiff to either file a third IFP Application or pay the $405 filing fee, or risk dismissal for want of prosecution. (Doc. No. 5.) Plaintiff's deadline to comply with the Court's Order was August 28, 2025. (*Id*. at 1.) Because Plaintiff failed to comply with the Court's July 29, 2025 Deficiency Order within the allotted timeframe, the Court now finds dismissal for want of prosecution warranted.

1

**I.     CONCLUSION**

Accordingly, the Court **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE** for want of prosecution due to Plaintiff's failure to comply with the Court's July 29, 2025 Deficiency Order. The Clerk of Court is **DIRECTED** to terminate the case on the Court's docket and serve Plaintiff with a copy of this Order.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, September 23, 2025.

                                                                                       /s/ Thomas M. Rose
                                                                          ─────────────────────────────
                                                                                    THOMAS M. ROSE
                                                                          UNITED STATES DISTRICT JUDGE